IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 1:19-cr-41-AW-MAL

BRIAN ASSI, et al.,

    Defendants.
_____/

## VERDICT

**Count One**

We, the Jury, unanimously find the Defendant, Brian Assi, as to Count One of the Indictment, conspiracy:

   __X__ Guilty

   _____ Not Guilty

**Count Two**

We, the Jury, unanimously find the Defendant, Brian Assi, as to Count Two of the Indictment, attempted unlawful export:

   __X__ Guilty

   _____ Not Guilty

**Count Three**

We, the Jury, unanimously find the Defendant, Brian Assi, as to Count Three of the Indictment, attempted smuggling of goods from the United States:

   __X__ Guilty

   _____ Not Guilty

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court

By_____ 10-24-2024
    Deputy Clerk

1

**Count Four**

We, the Jury, unanimously find the Defendant, Brian Assi, as to Count Four of the Indictment, submitting false or misleading export information:

__X__ Guilty

_____ Not Guilty

**Count Five**

We, the Jury, unanimously find the Defendant, Brian Assi, as to Count Five of the Indictment, conspiracy to commit money laundering:

__X__ Guilty

_____ Not Guilty

SO SAY WE ALL.

                                          Redacted                              10.24.2024
                                          FOREPERSON                      DATE